IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RICKY LOUIS DAVIS,                    )
                                      )
                   Petitioner,        )
                                      )
         v.                           )    1:06CV00088
                                      )    2:97CR134-1
UNITED STATES OF AMERICA,             )
                                      )
                   Respondent.        )

## J U D G M E N T

On January 27, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is dismissed sua sponte without prejudice to petitioner filing a corrected motion on the proper Section 2255 motion forms, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

_____
United States District Judge

March 22, 2006